## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| IN RE: Patrick Shawn Broderick and April M. Broderick<br>Chapter 7 Debtors | BK NO. 15-11666-BAH |
| and | |
| Shamrock Finance, LLC<br>Plaintiff | Adv. Proc #  16-01006-BAH |
| v. | |
| Patrick Shawn Broderick,<br>Defendant | |

### ORDER RE: JOINT MOTION TO APPROVE SETTLEMENT AGREEMENT

Upon consideration of the Joint Motion to Approve Settlement Agreement filed by counsel for the Plaintiff and counsel for the Defendant, it is hereby **ORDERED, ADJUDGED AND DECREED**: Motion granted.  The Plaintiff's claims, are non-dischargeable.  The Settlement Agreement is approved.

June 15, 2016

/s/ Bruce A. Harwood
_____
The Honorable Bruce A. Harwood
U.S. Bankruptcy Court Judge