# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| In re: | Bk. No. 15-11666-BAH |
| | Chapter 7 |
| Patrick and April Broderick, | |
|     Debtor(s) | |
| | |
| Shamrock Finance, LLC, | |
|     Plaintiff(s) | |
| v. | Adv. No. 16-01006-BAH |
| | |
| Patrick and April Broderick, | |
|     Defendant(s) | |

### ORDER OF THE COURT

Hearing Date:            06/15/2016

Nature of Proceeding:      Doc# 18 Joint Motion to Approve Settlement Agreement, enter final judgment and close adversary proceeding Filed By Shaines & McEachern, PA and Filed by Attorney Tamposi Law Group, PC.

Outcome of Hearing:
PROPOSED FINAL JUDGMENT TO BE SUBMITTED FORTHWITH

IT IS SO ORDERED:

/s/ Bruce A. Harwood
Bruce A. Harwood
Chief Judge            06/15/2016