# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| IN RE: Patrick Shawn Broderick and<br>Chapter 7 Debtor | BK NO. 15-11666-BAH |
| and | |
| Shamrock Finance, LLC<br>Plaintiff | Adv. Proc #   16-01006-BAH |
| v. | |
| Patrick Shawn Broderick,<br>Defendant | |

## FINAL JUDGMENT

The Order Re:  Joint Motion To Approve Settlement Agreement having been entered in the above captioned case, it is hereby ORDERED:

1. Judgment is hereby entered in accord with the Settlement Agreement.

2. Each party shall bear its own fees and costs.

This is a core proceeding in accordance with 28 U.S.C. § 157(b) as to which this court has jurisdiction of the subject matter and the parties.

ENTERED at Manchester, New Hampshire.


Date:   June 22, 2016            /s/ Bruce A. Harwood
                                 Bruce A. Harwood, Bankruptcy Judge